# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**BRIDGET SANDERSON**
        Plaintiff

vs.                    CASE NUMBER: 5:08-cv-1177 (GTS/VEB)

**MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY**
        Defendant

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendations of Magistrate Judge Victor E. Bianchini is ACCEPTED and ADOPTED in its entirety, Plaintiff's Motion for Judgment on the pleadings is GRANTED, Defendant's Motion for Judgment on the pleadings is DENIED, the Commissioner's decision denying disability benefits is REVERSED and this matter is REMANDED for further proceedings pursuant to sentence four of 42 USC section 405(g).

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 24th day of March, 2011.

DATED: March 24, 2011

*Lawrence K. Baerman*
Clerk of Court

s/

By: Joanne Bleskoski
Deputy Clerk